# IN THE SUPREME COURT OF THE STATE OF NEVADA

RANA TABLAK, AN INDIVIDUAL,
Appellant,

vs.

SAMANTHA SCHOENHAUS, D.O.,
INDIVIDUALLY; AND WOMEN'S
HEALTH ASSOCIATES OF
SOUTHERN NEVADA-MARTIN PLLC,
A NEVADA PROFESSIONAL LIMITED
LIABILITY COMPANY,
Respondents.

No. 75874

FILED

MAR 26 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

Pursuant to the stipulation of the parties, and cause appearing, this appeal is dismissed. The parties shall bear their own costs and attorney fees. NRAP 42(b).

It is so ORDERED.

CLERK OF THE SUPREME COURT
ELIZABETH A. BROWN

BY: _____

cc: Hon. Douglas Smith, District Judge
Stephen E. Haberfeld, Settlement Judge
Claggett & Sykes Law Firm
Atkinson Watkins & Hoffmann LLP
Carroll, Kelly, Trotter, Franzen, McBride & Peabody/Las Vegas
Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

CLERK'S ORDER

(O) 1947

19-13283